UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALISSA FURTADO AKA BABY DIAS,<br><br>    Plaintiff,<br><br>v.<br><br>WOMEN AND INFANTS HOSPITAL<br>OF RHODE ISLAND, JOHN DOE #1,<br>JOHN DOE #2, JANE DOE #1,<br>JANE DOE #2, JANE DOE #3<br><br>    Defendants. | C.A. No. 1:15-cv-13978-DLC |

## DISMISSAL STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that all claims by all Parties are dismissed with prejudice, without costs, all rights of appeal being waived, and without the payment of any settlement monies on behalf of the Defendant, Women & Infants Hospital of Rhode Island.

| | |
|---|---|
| The Plaintiffs,<br>Alissa Furtado AKA Baby Dias<br>By her Attorney, | The Defendant,<br>Women & Infants Hospital of Rhode Island,<br>By its attorneys, |
| /s/ John E. Zajac<br>John E. Zajac, Esquire BBO# 560195<br>CARMICHAEL & ZAJAC, P.C.<br>170 High Street<br>Taunton, MA 02780<br>508-821-2552 | /s/ Angela L. Carr<br>Angela L. Carr\| B.B.O. No. 665795<br>acarr@bartongilman.com<br>C. Alexander Chiulli \| B.B.O. No. 688025<br>achiulli@bartongilman.com<br>BARTON GILMAN LLP<br>160 Federal Street, 10th Floor<br>Boston, MA 02110<br>617.654.8200 \|617.482.5350 - Fax |

## **CERTIFICATE OF SERVICE**

      I, John E. Zajac, hereby certify that on November 23, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/ John E. Zajac